UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
**SOUTHERN DIVISION at LONDON**

JOHN C. COMBS,                        )
                                      )
    Petitioner,               )                    Case No.
                                      )            6:19-cv-31-JMH-CJS
v.                                    )
                                      )
KEITH HELTON, Warden of Little        )            **MEMORANDUM OPINION**
Sandy Correctional Complex,           )                **AND ORDER**
                                      )
    Respondent.               )
                                      )
                                      )

** ** ** ** **

John C. Combs filed a Petition for a Writ of Habeas Corpus under 28 U.S.C. § 2254 [DE 1]. The matter was referred to United States Magistrate Judge Candace J. Smith for initial scrutiny, who ultimately recommended dismissal of the petition [DE 7]. Although afforded the opportunity to do so, Combs has failed to respond. *See Thomas v. Arn*, 474 U.S. 140, 155 (1985).

Magistrate Judge Smith outlined two bases for for her recommendation. [DE 7 at 4-9, PageID #54-9]. First, she found that the Petitioner's post-conviction collateral proceeding is not a cognizable claim under 28 U.S.C. § 2254. [*Id*. at 6, PageID #56]. Second, she found that any claim Combs might have had is time-barred. [*Id*. at 6-9, PageID# 56-9].

Both are correct, but the second is the stronger of the two. Combs's state conviction became final for federal habeas review purposes on November 17, 2013. Combs did not properly file any state motions that would have served to toll the statute of limitations. [DE 7 at 6-9, PageID #56-59]. As a result, Combs's petition is time-barred and he has failed to show any information to support or suggest equitable tolling. [*Id.*]. As a result, **IT IS ORDERED** herein as follows:

1)    That Magistrate Judge Smith's Report and Recommendation, [DE 7], be, and the same hereby is, **ADOPTED** as the Opinion of the Court.

2)    That Combs's Petition for a Writ of Habeas Corpus, [DE 1], under 28 U.S.C. § 2254 be, and the same hereby is, **DENIED**.

3)    That this action be, and the same hereby is, **DISMISSED and STRICKEN FROM THE DOCKET**; and

4)    That no Certificate of Appealability Issue for the reasons stated in Magistrate Judge Smith's Report and Recommendation.

This the 5th day of September, 2019.



Signed By:

*Joseph M. Hood*

Senior U.S. District Judge